FILE COPY

## *Eleventh Court of Appeals Mandate*

**THE STATE OF TEXAS**

**TO THE 132ND DISTRICT COURT OF SCURRY COUNTY, GREETINGS:**

BEFORE our Court of Appeals for the Eleventh District of Texas, on January 20, 2017, the cause upon appeal to revise or reverse your judgment between

James Robert Smith

11th Court of Appeals No. 11-14-00251-CR and
132nd District Court Case No. 9972

The State of Texas

was determined; and therein our said Court made its order in these words:

*"This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed."*

**WHEREFORE WE COMMAND YOU** To observe the order of our said Court of

Appeals for the Eleventh District of Texas, in this behalf, and in all things to have it duly

recognized, obeyed and executed.



WITNESS, the HON. JIM R. WRIGHT, Chief Justice of our said Court, with the seal thereof annexed at the City of Eastland, on July 6, 2017.

*Sherry Williamson*

**SHERRY WILLIAMSON, CLERK**

By: Cheryl Busk, Deputy